affirmed, with ten dollars costs and disbursements, without prejudice to a new and proper notice. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

NATALIE MACDONALD HALL, Appellant, v. GRACE EAMES DOHERTY and Another, Defendants, Impleaded with EDMUND G. BORDEN, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

WILLIAM P. MALONEY, Respondent, v. GENEVIEVE GARVAN BRADY, as Executrix of NICHOLAS F. BRADY, Deceased, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

BERT C. FULLER, Respondent, v. GENEVIEVE GARVAN BRADY, as Executrix of NICHOLAS F. BRADY, Deceased, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

ELEANORE G. DEUTSCH, Respondent, v. PERCY L. DEUTSCH, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

ETHEL COHN, Respondent, v. HARRY COHN, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

ETHEL COHN, Respondent, v. HARRY COHN, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

CHATHAM PHENIX NATIONAL BANK AND TRUST COMPANY, Respondent, Appellant, v. AMSTERDAM BUILDING COMPANY, INC., Defendant, Impleaded with D. C. SERBER, INC., Appellant, Respondent.— Order in so far as appealed from by the defendant D. C. Serber, Inc., reversed, and said defendant's motion granted. Order in so far as appealed from by the plaintiff affirmed, with ten dollars costs and disbursements to defendant D. C. Serber, Inc., against the plaintiff. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of HERMAN VERMONT, Appellant, for the Appointment of a General Guardian of the Property of WILLIAM JOSEPH LUDDEN DOHERTY, Infant, Respondent.— Decree affirmed, with costs to the respondents. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ. [142 Misc. 360.]

In the Matter of the Application of HERMAN VERMONT, Appellant, for the Appointment of a General Guardian of the Property of FRANCES DOHERTY, Infant, Respondent.— Decree affirmed, with costs to the respondents. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ. [142 Misc. 360.]

YOUNG & RUBICAM, INC., Appellant, v. DEVOE & RAYNOLDS COMPANY, INC., Respondent.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.